## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ford, Angela J

Printed:  7/15/08

Case Number:  06 B 11476
Judge:  Squires, John H
Filed:  9/13/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 29, 2007
Confirmed:  January 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,686.00 |  |
| Secured: |  | 131.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,250.00 |
| Trustee Fee: |  | 75.79 |
| Other Funds: |  | 228.49 |
| Totals: | 1,686.00 | 1,686.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Forrest L Ingram | Administrative | 1,250.00 | 1,250.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 14,465.13 | 0.00 |
| 4. | Household Financial Corporation | Secured | 8,814.95 | 131.72 |
| 5. | Illinois Dept of Revenue | Priority | 878.86 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,104.76 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 66.29 | 0.00 |
| 8. | JP Morgan Chase Bank | Unsecured | 4,898.43 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 136.40 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 1,768.28 | 0.00 |
| 11. | Chase Bank | Unsecured | | No Claim Filed |
| 12. | Spiegel | Unsecured | | No Claim Filed |
| 13. | Clerk Of The 18th Judicial Circuit | Unsecured | | No Claim Filed |
| 14. | Sidlow, Mary L | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,383.10 | $ 1,381.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 23.33 |
| 5.4% | 52.46 |
|  | _____ |
|  | $ 75.79 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ford, Angela J

        Printed:  7/15/08

Case Number:  06 B 11476

Judge:  Squires, John H

Filed:  9/13/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: